JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JAMIE RAMON FUENTES MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:15 CR 140 MCE |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | JUDGMENT AND SENTENCING |
| vs. | ) | |
| | ) | Date: August 2, 2018 |
| JAMIE RAMON FUENTES MARTINEZ, | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | |
| | ) | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for June 7,
   2018.  Counsel for the parties request the date for judgment and
   sentencing be continued to August 2, 2018 at 10:00 a.m.  Assistant
   U.S. Attorney Paul Hemesath has been advised of this request and has
   no objection.  U.S. Probation has also been advised of this request.
   The parties request the Court adopt the following schedule
   pertaining to the presentence report:

   **Judgment and Sentencing date:**                    **8/2/18**

   Reply, or Statement of Non-Opposition:          7/26/18

```
       Motion for Correction of the Presentence Report
       Shall be filed with the Court and served on the
       Probation Officer and opposing counsel no later
       than:                                              7/19/18

       The Presentence Report shall be filed with the
       Court and disclosed to counsel no later than:      7/12/18

       Counsel's written objections to the Presentence
       Report Shall be delivered to the probation officer
       and opposing Counsel no later than:                7/5/18

       The Presentence Report shall be filed with the
       Court And disclosed to counsel no later than:      6/21/18
```

Dated:  April 5, 2018            /s/  John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Jamie Ramon Fuentes Martinez

Dated:  April 5, 2018            McGregor W. Scott
                                 United States Attorney

                                 by:  /s/  Paul Hemesath
                                 PAUL HEMESATH
                                 Assistant United States Attorney

**ORDER**

    IT IS SO ORDERED.

Dated:  April 9, 2018

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE