```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JAMIE RAMON FUENTES MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JAMIE RAMON FUENTES MARTINEZ,<br><br>         Defendant. | Case No.: 2:15 CR 140 MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:  September 6, 2018<br>Judge: Hon. Morrison C. England, Jr.<br>Time:  10:00 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 2, 2018. Counsel for the parties request the date for judgment and sentencing be continued to September 6, 2018 at 10:00 a.m. Assistant U.S. Attorney Paul Hemesath has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **9/6/18** |

Reply, or Statement of Non-Opposition:  8/30/18

Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  8/23/18

The Presentence Report shall be filed with the Court and disclosed to counsel no later than:  8/16/18

Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than:  8/9/18

The Presentence Report shall be filed with the Court And disclosed to counsel no later than:  7/26/18

Dated: June 18, 2018                        /s/  John R. Manning

                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Jamie Ramon Fuentes Martinez

Dated: June 18, 2018                          McGregor W. Scott
                                              United States Attorney

                                            by: /s/  Paul Hemesath
                                            PAUL HEMESATH
                                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: June 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE