JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JAMIE RAMON FUENTES MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15 CR 140 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| JAMIE RAMON FUENTES MARTINEZ, | Date: October 18, 2018 |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |
| | Time: 10:00 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter was set for September 6, 2018 and on the Court's own motion, was continued to September 20, 2018. Counsel for the parties request the date for judgment and sentencing be continued from September 20, 2018 to October 18, 2018 at 10:00 a.m. Assistant U.S. Attorney Amanda Beck has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                              10/18/18

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | 10/11/18 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

Dated: August 27, 2018        /s/   John R. Manning
                              JOHN R. MANNING
                              Attorney for Defendant
                              Jamie Ramon Fuentes Martinez

Dated: August 27, 2018        McGregor W. Scott
                              United States Attorney

                              by: /s/   Amanda Beck
                              AMANDA BECK
                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 1, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE