```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JAMIE RAMON FUENTES MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:15 CR 140 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| vs. | ) JUDGMENT AND SENTENCING |
| JAMIE RAMON FUENTES MARTINEZ, | ) Date: December 13, 2018 |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| | ) Time: 10:00 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter was previously set for October 18, 2018. The defense requests the date for judgment and sentencing be continued from October 18, 2018 to December 13, 2018 at 10:00 a.m. Assistant U.S. Attorney Paul A. Hemesath has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **12/13/18** |
| Reply, or Statement of Non-Opposition: | 12/6/18 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | n/a |

|  |  |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

Dated: October 12, 2018        /S/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Jamie Ramon Fuentes Martinez

Dated: October 12, 2018        McGregor W. Scott
                               United States Attorney

                               by: Paul A. Hemesath
                               PAUL A. HEMESATH
                               Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE