JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JAMIE RAMON FUENTES MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMIE RAMON FUENTES MARTINEZ,<br><br>                Defendant. | Case No.: 2:15 CR 140 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>JUDGMENT AND SENTENCING<br><br>Date:  January 24, 2019<br>Judge: Hon. Morrison C. England, Jr.<br>Time:  10:00 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter was previously set for

   December 13, 2018.  The defense requests the date for judgment and

   sentencing be continued from December 13, 2018 to January 24, 2019

   at 10:00 a.m.  Assistant U.S. Attorney Amanda Beck has been advised

   of this request and has no objection.  U.S. Probation has also been

   advised of this request.  The parties request the Court adopt the

   following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                **1/24/19**

   Reply, or Statement of Non-Opposition:                       n/a

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the
   Probation Officer and opposing counsel no later
   than:                                                        n/a

The Presentence Report shall be filed with the
Court and disclosed to counsel no later than:        n/a

Counsel's written objections to the Presentence
Report Shall be delivered to the probation officer
and opposing Counsel no later than:                  n/a

The Presentence Report shall be filed with the
Court And disclosed to counsel no later than:        n/a


Dated:  December 11, 2018                /s/ John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Jamie Ramon Fuentes Martinez

Dated:  December 11, 2018                McGregor W. Scott
                                         United States Attorney

                                         by: /s/ Amanda Beck
                                         AMANDA BECK
                                         Assistant United States Attorney


                              **ORDER**

     IT IS SO ORDERED.

Dated:  December 29, 2018


                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE